UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| EMMANUEL ADEYINKA[1], | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 1:18-CV-83 |
| | § | |
| WILLACY COUNTY STATE JAIL, | § | |
| | § | |
| Defendant. | § | |

## ORDER

Pending before the Court is the Report and Recommendation of the Magistrate Judge (Doc. 30), recommending dismissal of Plaintiff Emanuel Adeyinka's Complaint for failure to state a claim upon which relief can be granted. The Magistrate Judge issued the Report and Recommendation on November 28, 2018.

On December 7, 2018, Mr. Adeyinka filed "Written Objections" (Doc. 32) that appear to present objections under the Texas Rules of Civil Procedure to unidentified discovery requests. The Court does not consider this filing as an objection to the Report and Recommendation.

On December 17, 2018, Mr. Adeyinka filed a second document entitled "Written Objections." (Doc. 35) In this document, Mr. Adeyinka solely includes caselaw and statutory quotes, and neither identifies any portion of the Report and Recommendation to which he objects, nor attempts to explain how the quoted language relates to his legal rights. As a result, these "Written Objections" do not challenge any specific portion of the Report and Recommendation, and these objections are overruled.

The Court has reviewed the Report and Recommendation, the record in this matter, and the applicable law. Based on this review, the Court **ADOPTS** the Report and Recommendation in its entirety. Accordingly, it is:

**ORDERED** that Mr. Adeyinka's Complaint for Violation of Civil Rights be dismissed

---

[1] Adeyinka's name was listed on the docket as Emmanuel Adeyinke, likely based on the handwriting in the complaint. His prison records lists his name as Emanuel Adeyinka, which the Court will use here. Attorney General's *Amicus Curia* Advisory (Doc. 28).

with prejudice for failure to state a claim upon which relief can be granted.

SIGNED this 3rd day of January, 2019.

_____
Fernando Rodriguez, Jr.
United States District Judge